# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Restaurants Acquisition I, LLC<br>313 E. Main Street<br>Hendersonville, TN 37075<br>  **EIN:** 47–0858761<br>Black–eyed Pea Restaurants<br>Dixie House | **Chapter:** 7<br><br><br><br>**Case No.:** 15–12406–KG |

### NOTICE OF CONVERSION

**NOTICE IS HEREBY GIVEN** that the debtor(s) chapter 11 petition has been converted to a chapter 7 petition on 9/30/16.

_Una O'Boyle_

Una O'Boyle, Clerk of Court

NOTE: If you previously filed a Proof of Claim in this case, you do not need to file another Proof of Claim. If you previously filed a Motion/Request for Allowance and/or payment of an administrative expense claim that has not yet been ruled upon, you will receive written notice in the future when your administrative expense claim(s) will be scheduled for hearing.

Dated: 11/7/16

(VAN–031)