# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| RESTAURANTS ACQUISITION I, LLC, | Case No. 15-12406 (KG) |
| Debtor. | |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 10, 2016 @ 10:00 AM**

**\*\*AS THERE ARE NO MATTERS GOING FORWARD THIS HEARING HAS BEEN CANCELLED\*\***

## CONTINUED MATTERS:

1. Motion of US Foods, Inc. for Allowance and Immediate Payment of PACA Claim [Docket No. 252; Filed 6/2/16].

    Response Deadline: June 14, 2016 at 4:00 p.m. (Prevailing Eastern Time) (Extended to June 16, 2016 at 4:00 p.m. for Debtor).

    Objections Received:

    A. Debtor's Omnibus Objection to US Foods, Inc.'s (I) Motion for Allowance and Immediate Payment of PACA Claim, and (II) Motion for Allowance of and Payment of Administrative Claim Pursuant to 11 U.S.C. § 503(b)(9) [Docket No. 257; Filed 6/16/16].

    Related Documents: None.

    Status: By agreement of the parties, this matter is continued to a date to be determined.

2. Motion of US Foods, Inc. for Allowance and Payment of Administrative Claim Pursuant to 11 U.S.C. § 503(b)(9) [Docket No. 253; Filed 6/2/16].

    Response Deadline: June 14, 2016 at 4:00 p.m. (Prevailing Eastern Time) (Extended to June 16, 2016 at 4:00 p.m. for Debtor).

    Objections Received:

    B. Debtor's Omnibus Objection to US Foods, Inc.'s (I) Motion for Allowance and Immediate Payment of PACA Claim, and (II) Motion for Allowance of and Payment of Administrative Claim Pursuant to 11 U.S.C. § 503(b)(9) [Docket No. 257; Filed 6/16/16].

Related Documents: None.

Status: By agreement of the parties, this matter is continued to a date to be determined.

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION (CNO) OR CERTIFICATION OF COUNSEL (COC):**

3. Motion of Alfred T. Giuliano, Chapter 7 Trustee for Entry of an Order Authorizing the Chapter 7 Trustee to Abandon Certain Furniture, Fixtures and Equipment (Filed October 14, 2016)(Docket No. 380)

    Response Deadline: November 3, 2016

    Response Received: Informal Comments from landlords

    Related Documents:

    a. Certification of Counsel (Filed November 7, 2016)(Docket No. 402)

    b. Proposed Order

    **c. Order Granting Motion (Entered November 8, 2016)(Docket No. 407)**

    Status: Certification of Counsel filed. **An order granting this Motion has been entered. No hearing is necessary.**

4. Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Entry of an Order Pursuant to Sections 105, 365, and 554 of the Bankruptcy Code Authorizing the Rejection of Certain Unexpired Leases of Non-Residential Real Estate and Abandonment of Certain Furniture, Fixtures and Equipment (Filed October 14, 2016)(Docket No. 381)

    Response Deadline: November 3, 2016

    Response Received: Informal Comments from landlords

    Related Documents:

    a. Certification of Counsel (Filed November 7, 2016)(Docket No. 403)

    b. Proposed Order

    **c. Order Granting Motion (Entered November 8, 2016)(Docket No. 408)**

    Status: Certification of Counsel filed. **An order granting this Motion has been entered. No hearing is necessary.**

5. Application of Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Giuliano, Miller & Company, LLC as Accountants and Financial Advisors to the Chapter 7 Trustee Nunc Pro Tunc to September 30, 2016 (Filed October 19, 2016)(Docket No. 387)

   <u>Response Deadline</u>:   November 3, 2016

   <u>Response Received</u>:   None

   <u>Related Documents</u>:

   a. Certificate of No Objection (Filed November 7, 2016)(Docket No. 397)

   b. Proposed Order

   **c. Order Granting Motion (Entered November 8, 2016)(Docket No. 409)**

   <u>Status</u>:  Certification of Counsel filed.  **<u>An order granting this Application has been entered.  No hearing is necessary.</u>**

6. Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Entry of an Order Authorizing the Chapter 7 Trustee to Abandon Certain Furniture, Fixtures, Inventory, and Equipment Located at 4211 Bellaire Boulevard, Houston, Texas (Filed October 19, 2016)(Docket No. 389)

   <u>Response Deadline</u>:   November 3, 2016

   <u>Response Received</u>:   None

   <u>Related Documents</u>:

   a. Certificate of No Objection (Filed November 7, 2016)(Docket No. 398)

   b. Proposed Order

   **c. Order Granting Motion (Entered November 8, 2016)(Docket No. 410)**

   <u>Status</u>:  Certification of Counsel filed.  **<u>An order granting this Motion has been entered.  No hearing is necessary.</u>**

7. Application of the Chapter 7 Trustee for Order Authorizing the Retention of Archer & Greiner, P.C. as Counsel to the Chapter 7 Trustee Nunc Pro Tunc to September 30, 2016 (Filed October 20, 2016)(Docket No. 392)

   <u>Response Deadline</u>:   November 3, 2016

   <u>Response Received</u>:   None

Related Documents:

a. Certificate of No Objection (Filed November 7, 2016)(Docket No. 396)

b. Proposed Order

**c. Order Granting Motion (Entered November 8, 2016)(Docket No. 411)**

Status: Certification of Counsel filed.  **An order granting this Application has been entered.  No hearing is necessary.**

8. Motion of the Chapter 7 Trustee for an Order Terminating the Engagement of BMC Group, Inc. as Claims and Noticing Agent Effective September 30, 2016 (Filed October 25, 2016)(Docket No. 393)

Response Deadline: November 3, 2016

Response Received: None

Related Documents:

a. Certificate of No Objection (Filed November 7, 2016)(Docket No. 399)

b. Proposed Order

**c. Order Granting Motion (Entered November 7, 2016)(Docket No. 400)**

Status: Certification of Counsel filed.  **An order granting this Motion has been entered.  No hearing is necessary.**

Dated: November 9, 2016

/s/ *David W. Carickhoff*
David W. Carickhoff (#3715)
ARCHER & GREINER, P.C.
300 Delaware Ave., Suite 1100
Wilmington, DE  19801
Telephone:    302-777-4350
Facsimile:    302-777-4352
Email: dcarickhoff@archerlaw.com

Counsel to Alfred T. Giuliano, Ch. 7 Trustee

115203756v2