# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| RESTAURANTS ACQUISITION I, LLC, | Case No. 15-12406 (KG) |
| Debtor. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON FEBRUARY 1, 2017 @ 11:00 AM

**FEE APPLICATIONS:**

1.  Final Application for Compensation of Duane Morris LLP for the period December 2, 2015 to September 30, 2016 (Filed December 21, 1026; Docket No. 418)

    Response Deadline: January 11, 2017 (Extended to January 25, 2017 at 4:00 p.m. for Chapter 7 Trustee)

    Objections Received: None

    Related Documents:

    a.  Certification of Counsel (To be filed January 30, 2017)(Docket No. TBD)

    Status: Duane Morris LLP will be submitting an agreed upon form of order approving its application under Certification of Counsel.

Dated: January 30, 2017

    /s/ *David W. Carickhoff*
David W. Carickhoff (#3715)
ARCHER & GREINER, P.C.
300 Delaware Ave., Suite 1100
Wilmington, DE 19801
Telephone:    302-777-4350
Facsimile:    302-777-4352
Email: dcarickhoff@archerlaw.com

Counsel to Alfred T. Giuliano, Ch. 7 Trustee

115549824v1