IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| RESTAURANTS ACQUISITION I, LLC, | Case No. 15-12406 (KG) |
| Debtor. | |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 10, 2017 @ 10:00 AM

**AS THERE ARE NO MATTERS GOING FORWARD
THIS HEARING HAS BEEN CANCELLED**

### UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION (CNO):

1. Motion of Peterson Equities, LLC for Allowance of Chapter 11 Administrative Expenses (Filed February 10, 2017; Docket No. 428)

   Response Deadline:  March 3, 2017 (extended for Trustee to March 6)

   Objections Received:  None

   Related Documents:

   a. Certificate of No Objection (Filed March 7, 2017)(Docket No. 435)

   b. Order Granting Motion (Entered March 8, 2017)(Docket No. 436)

   Status:  Order entered.  No hearing necessary.

Dated:  March 8, 2017

/s/ *David W. Carickhoff*
David W. Carickhoff (#3715)
ARCHER & GREINER, P.C.
300 Delaware Ave., Suite 1100
Wilmington, DE  19801
Telephone:     302-777-4350
Facsimile:     302-777-4352
Email: dcarickhoff@archerlaw.com
Counsel to Alfred T. Giuliano, Ch. 7 Trustee

115782590v1