UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
DELAWARE DIVISION

Case number: 15-12406-KG

2017 MAR 21 AM 10: 01

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: RESTAURANTS ACQUISITION I, LLC
Taxpayer number: X-XX-XXXX761-4

## ADMINISTRATIVE EXPENSE CLAIM

**Name or creditor**
Texas Comptroller of Public Accounts

**Send notices to**
Office of the Attorney General
Bankruptcy & Collections Division MC-008
P. O. Box 12548
Austin, TX 78711-2548   Phone: 512-463-2173

**1. Basis for claim**
Taxes, Penalties and Interest

**2. Date debt was incurred**
01/01/2016 TO 12/31/2016

**3.** Payment of these taxes, penalties and interest is requested as an administrative expense under 11 U.S.C. sec. 503(b). Interest and penalties continue to accrue.

**4. Total amount of claim and request**
$ 4,900.00

| | TAX | PENALTY | INTEREST |
|---|---|---|---|
| FRANCHISE TAX CH. 171 | 4,900.00 | .00 | .00 |

**5. Supporting documents**
No documents are required to support claims based on statute.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and reasonable belief.

Date: 03/15/2017

Mail payments to: Revenue Accounting Division
Attention: Bankruptcy
P.O. Box 13528
Austin, TX 78711-3528

/s/ Joshua Mitchell
Accounts Examiner   512-463-4510
Revenue Accounting Division
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. secs. 152 and 3571.

Form 00-357 (Rev.10-16/7)