# Notice Recipients

District/Off: 0311−1　　　　　　　User: SH　　　　　　　　　Date Created: 3/23/2017
Case: 15−12406−KG　　　　　　　Form ID: van439　　　　　　Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr　　　Texas Comptroller of Public Accounts　　　Office of the Attorney General　　　Bankruptcy & Collections Division　　　MC−008　　　PO Box 12548　　　Austin, TX 78711

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1